**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MICHAEL SINGBUSH, et al.,**

    Plaintiffs,

v.                                               Case No:  5:19-cv-603-PGB-PRL

**FLORIDA NEUROLOGICAL**
**CENTER, LLC, et al.,**

    Defendants.

## REPORT

On July 16, 2021, in Ocala, Florida, I conducted a settlement conference. The attorneys of record, along with their clients or a representative with authority to settle the case, appeared via video conference. The plaintiffs and defendants reached an impasse on the remaining claims and will proceed to the trial that is set to commence on August 16, 2021 before Judge Paul G. Byron.

Dated: July 16, 2021

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding United States District Judge
Counsel of Record